IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN ATELIER, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 13-7138 |
| v. | : | |
| | : | |
| MATERIALS, INC., | : | |
| Defendant. | : | |

**ORDER**

This 22nd day of August, 2014, upon consideration of defendant's Motion to Dismiss, plaintiff's response, and defendant's reply, it is **ORDERED** as follows:

1. Defendant's motion as to Count I of plaintiff's complaint, alleging breach of contract, is **DENIED**.

2. Defendant's motion as to Count II of plaintiff's complaint, alleging breach of the implied warranty of merchantability, is **DENIED**.

3. Defendant's motion as to Count III of plaintiff's complaint, alleging breach of the implied warranty of fitness for a particular purpose is **GRANTED**, and Count III of plaintiff's complaint is **DISMISSED**.

    /s/ Gerald Austin McHugh
United States District Court Judge