IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMERICAN ATELIER, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-7138 |
| | : | |
| MATERIALS, INC., | : | |
| Defendant. | : | |

## ORDER

This 22nd day of December, 2015, upon consideration of Defendant's Motion for Summary Judgment, and the responses and supplemental briefs of both parties, and after having heard oral argument from counsel, it is hereby **ORDERED** that summary judgment is **GRANTED** as to all claims except for the claim set forth in Paragraph 15 of the Complaint regarding 41 sheets of veneer alleged to be damaged or moldy at the time the goods were tendered.

_____
Gerald Austin McHugh
United States District Court Judge